UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

TKF CONVEYOR SYSTEMS, LLC, : Case No. 1:17-cv-00707-TSB
:
    Plaintiff, : Judge Timothy S. Black
:
vs. :
:
PELLA CORPORATION, :
:
    Defendant. :
:

## ORDER OF DISMISSAL

This matter, having been settled by and between the Parties, it is ORDERED that this action is DISMISSED with prejudice.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the Parties.

IT IS SO ORDERED.

Date: 1/19/18

_____
Judge Timothy S. Black